HOLLIS RINEHART, JR., Plaintiff in Error, v: STATE *ex rel.* WALLACE A. BELL, Defendant in Error.

200 So. 220
Division B
Opinion Filed January 10, 1941
Rehearing Denied February 25, 1941

*Charles A. Carroll,* for Plaintiff in Error;

*Joseph F. McPherson,* for Defendant in Error.

CHAPMAN, J.—This is a companion case to the case of Rinehart v. State *ex rel.* Whitley, this day decided (page 612). The issue grew out of a municipal election held by the City of Coral Gables, Florida. The question involved was whether or not the results of the election should be declared on the results of the machine votes and the absentee votes. We concluded that the lower court did not err in holding that the absentee votes were illegal and void and should not be counted but the result of the election declared on the machine votes cast in said election.

618

. The final judgment in this case is hereby affirmed on the authority of the companion case, *supra*.

. It is so ordered.

TERRELL, C. J., WHITFIELD and BROWN, J. J., concur.